# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1034
Lower Tribunal No. 22-CF-016297

_____

ANTHONY GREGORY TYSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Margaret O. Steinbeck, Judge.

January 23, 2026

PER CURIAM.

AFFIRMED. *See Avalos v. State*, 419 So. 3d 299, 300 (Fla. 6th DCA 2025).

NARDELLA, WHITE and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Dane K. Chase, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED